UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MID-CONTINENT CASUALTY CO., a foreign corporation,

        Plaintiff,

vs.

CLOUTIER BROTHERS, INC., a Florida Corporation, ALGANON BROWN and REGINA BROWN, citizens of Florida,

        Defendants;

_____/

CASE NO: 10:80459-CIV-PAS

## JOINT MOTION REQUESTING STATUS CONFERENCE

Mid-Continent Casualty Company ("MCC"), on behalf of the itself and other parties, request a status conference pertaining to the following actions:

1. *Mid-Continent Casualty Company v. Design Drywall of South Florida, LLC, et al*, Case. No.10-20861-PAS; *Mid-Continent Casualty Co. v. Precision Drywall, Inc., et al*, Case No. 10-80457-PAS; *Mid-Continent Casualty Company v. Cloutier Brothers, Inc., et al*, Case No. 9:10-cv-80459-PAS; *Mid-Continent Casualty Co. v. Active Drywall South, Inc., et al*, (the "Active Action"), Case No. 1:10-cv-20859-PAS; *Mid-Continent Casualty Co. v. JDM Builders, Inc., et al*, Case No. 1:10-cv-20862-PAS; *Mid-Continent Casualty Co. v. Centerline Homes Construction, Inc., et al.,* Case No. 0:10-cv-60484-PAS; *Mid-Continent Casualty Co. v. J.S.D. Builders, Inc., et al.*, Case No. 9:10-cv-80949-PAS; *Mid-Continent Casualty Co. v. Regency Constructors, LLC, et al.*, Case 0:10-cv-60502-PAS, and *Mid-Continent Casualty Co. v. Jade Organization, et. al.,* 10-cv-61571-PAS.

2. These cases, with the exception of the Active Action, were all transferred to the Honorable Judge Patricia A. Seitz pursuant to Local Rule 3.8 and, presumably, in order to maximize resolution of the cases in a manner that promotes client and judicial economy and avoids

inconsistent rulings by different Courts/Judges. Most of these cases have been consolidated by Your Honor for discovery purposes. Others are awaiting consolidation.

3. Counsel for MCC and counsel for the parties who have made an appearance held a conference on September 28, 2010.[1]

4. The parties discussed ways to save expense and time with deadlines pertaining to the transferred cases.

5. The parties believe that a status conference is necessary in order to discuss ways to consolidate certain actions for discovery purposes, in order to discuss pertinent issues, and prepare a new case management report/order.

Dated: October 12, 2010

        Respectfully submitted,

        /s/ Pedro E. Hernandez
        Ronald L. Kammer
        Florida Bar No. 360589
        rkammer@hinshawlaw.com
        Pedro E. Hernandez
        Florida Bar No. 30365
        phernandez@hinshawlaw.com
        Jody A. Tuttle
        Florida Bar No. 0737801
        jtuttle@hinshawlaw.com
        Hinshaw & Culbertson LLP
        9155 S. Dadeland Boulevard, Suite 1600
        Miami, Florida 33156-2741
        Telephone: 305-358-7747
        Facsimile: 305-577-1063
        Counsel for Mid-Continent Casualty Company

---

[1] The conference was attended by the following attorneys: Bob Brown, Charles A. Carlson, John Siracusa, Lysa M. Friedlieb, Jeremy Springhart, Tim Moriarity, Vanessa Serrano, Pedro Hernandez, and Ronald Kammer. Counsel for J.S.D. Builders, Inc. and Gary and April Carroll were not notified of the conference call and they did not attend the call, however, they both have since reviewed this motion and are in agreement with the relief requested.

Case No: 10:80459-CIV-PAS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Cara C. Morris, Esq., Hoffman & Morris, 2655 North Ocean Drive, Singer Island, FL 33404; and, Robert Baldwin Brown , III, Esq., Alters, Boldt, Brown, Rash & Culmo, P.A., 4141 NE 2nd Avenue, Suite 201, Miami, FL 33137.

/s/ Pedro E. Hernandez
Pedro E. Hernandez
Florida Bar No. 30365
phernandez@hinshawlaw.com

14490857v1  0905764  56475